UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHAMBERLIN HOUSTON LLC, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> CERTAINTEED CORPORATION; dba § <br> CERTAINTEED SAINT-GOBAIN, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:17-CV-93 |

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal with prejudice (Dkt. 81). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 7th day of January, 2019.

_____
George C. Hanks Jr.
United States District Judge